UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TERESA WATSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>J.C. PENNEY,<br><br>　　　　Defendant. | Case No. 24-cv-1636-JPG |

### MEMORANDUM AND ORDER

　　　This matter comes before the Court for case management purposes. Plaintiff Teresa Watson has failed to submit a proper certificate of service showing that she has served the Amended Complaint on defendant J.C. Penney. Instead, she has confused the Court with annotated photographs of mailings and related items. To get this case back on track, pursuant to SDIL-LR 83.1(j) and 83.9(b), the Court will assign by separate order counsel from the Pro Bono Panel for the sole purpose of determining whether proper service has been made—both of the Complaint and the Amended Complaint—on defendant J.C. Penney, assisting Watson to file a proper certificate of service of the Amended Complaint, and remedying any problems with service. Counsel's appointment shall end once counsel reports to the Court that these tasks have been accomplished, and Watson shall thereafter proceed *pro se*.

　　　The Court **DENIES** Watson's motion for a telephone hearing (Doc. 22) because it doubts such a hearing will bring clarity. The Court **DENIES as moot** Watson's motion for an attorney (Doc. 23) in light of the foregoing assignment of counsel. The Court **DENIES without prejudice** Watson's motion for leave to file a Second Amended Complaint (Doc. 20) for failure to comply with Federal Rule of Civil Procedure 8(a)(2), which requires a "short and plain statement of the claim showing that the pleader is entitled to relief." Watson's proposed 31-page

Second Amended Complaint is so cluttered with unnecessary facts that the Court is hard-pressed to discern facts that would plausibly suggest each of the claims she says she is attempting to plead.  Further, until the Court gets some clarity about the status of the Complaint and the Amended Complaint, it is hesitant to allow Watson to amend her pleading again.

**IT IS SO ORDERED.**
**DATED:  September 16, 2025**

                                              s/ J. Phil Gilbert
                                              **J. PHIL GILBERT**
                                              **DISTRICT JUDGE**