UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TERESA WATSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>J.C. PENNEY,<br><br>　　　　Defendant. | Case No. 24-cv-1636-JPG |

## JUDGMENT

This matter having come before the Court and the Court having compelled the parties to arbitrate their dispute,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without prejudice.

**DATED:  January 29, 2026**　　　　　　　　MONICA A. STUMP, Clerk of Court

　　　　　　　　　　　　　　　　　　　　　　**s/Tina Gray, Deputy Clerk**


**Approved:**　　s/ J. Phil Gilbert　　　
　　　　　　　　**J. PHIL GILBERT**
　　　　　　　　**DISTRICT JUDGE**