UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TERESA WATSON  Plaintiff,  v.  J.C. PENNEY,  Defendant. | Case No. 24-cv-1636-JPG |

### MEMORANDUM AND ORDER

This matter comes before the Court on plaintiff Teresa Watson's motion to waive the appeal fee (Doc. 53) for her appeal of the Court's order and judgment compelling her to arbitrate her claims and dismissing this case (Docs. 50 & 51). A federal court may permit a party to proceed on appeal without full pre-payment of fees provided the party is indigent and the appeal is taken in good faith. 28 U.S.C. § 1915(a)(1) & (3); Fed. R. App. P. 24(a)(3)(A). A frivolous appeal cannot be made in good faith. *Lee v. Clinton*, 209 F.3d 1025, 1026-27 (7th Cir. 2000). The test for determining if an appeal is in good faith or not frivolous is whether any of the legal points are reasonably arguable on their merits. *Neitzke v. Williams*, 490 U.S. 319, 325 (1989) (citing *Anders v. California*, 386 U.S. 738 (1967)); *Walker v. O'Brien*, 216 F.3d 626, 632 (7th Cir. 2000).

The Court allowed Watson to proceed *in forma pauperis* in the district court, so she is entitled to proceed on appeal without prior authorization unless the Court certifies that the appeal is not taken in good faith or that she is not otherwise allowed to proceed *in forma pauperis*. Fed. R. App. P. 24(a)(3)(A). The Court so certifies here. Watson has not provided an updated financial statement showing she remains indigent. More importantly, an appeal based on the legal points she describes in her notice of appeal would be frivolous for the reasons the Court

compelled arbitration to begin with.  Accordingly, Watson's appeal would be frivolous and not in good faith.  For these reasons, the Court **CERTIFIES** that Watson is not taking her appeal in good faith and that her appeal would be frivolous and, accordingly, **DENIES** her motion to waive the appeal fee (Doc. 53).

Watson may reapply to the Court of Appeals for leave to proceed on appeal *in forma pauperis* within 30 days of entry of this order.  Fed. R. App. P. 24(a)(5).  The Court **DIRECTS** the Clerk of Court to send a copy of this order to the Court of Appeals for use in conjunction with Appeal No. 26-1411.

**IT IS SO ORDERED.**
**DATED:  March 6, 2026**

                                    s/ J. Phil Gilbert
                                    **J. PHIL GILBERT**
                                    **DISTRICT JUDGE**